IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LANDON ALLEN, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:19-cv-01082 |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, Former | ) | Honorable LaShonda Hunt |
| CHICAGO POLICE SERGEANT | ) | |
| RONALD WATTS, Former OFFICER | ) | |
| KALLATT MOHAMMED, | ) | |
| SERGEANT ALVIN JONES, OFFICER | ) | |
| GEROME SUMMERS, OFFICER | ) | JURY DEMAND |
| CALVIN RIDGELL, PHILIP J. CLINE, | ) | |
| KAREN ROWAN, DEBRA KIRBY, | ) | |
| and any other yet-unidentified officers of | ) | |
| the Chicago Police Department, | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 24, 2025 Order (Dkt. 99), the parties jointly submit the following status report:

1. On April 24, 2025, the Court instructed the parties to file another joint status report to update on "additional discovery and settlement progress." (Dkt. 99).

2. On March 4, 2025, Plaintiff served written discovery on Defendants. All Defendants, other than Calvin Ridgell, have responded to Plaintiff's discovery requests. Defendant Ridgell is requesting until May 30, 2025 to respond to Plaintiff's outstanding written discovery.

3. Since the last status report, Plaintiff deposed Defendant Jones. The parties are actively working to schedule the next depositions of Watts and Mohammed. Defendants are also in the process of issuing deposition subpoenas for four third-party witnesses, including three

1

individuals arrested on January 29, 2004, the same day as Plaintiff's at-issue arrest, who are listed on the Plaintiff's arrest reports (Nichelle Shaw, Tennyson Gibson, and Ken Jackson) and including Erika Hill, whom Plaintiff has testified he was going to visit before he was arrested by police officers.

4. Defendants also issued record subpoenas to 1) the CCSAO for their files regarding the prosecutions of Plaintiff, Ken Jackson and Tennyson Gibson; 2) the Public Defender's Office for the same records, 3) the Cook County Sheriff's Office for Plaintiff's probation records, and 4) to Plaintiff's previous criminal defense attorneys. Plaintiff has objected to Defendants' subpoenas to the CCSAO and to the Public Defender's Office to the extent that these subpoenas seek records from cases other than Plaintiff's. The parties are actively scheduling a meet and confer on this issue. Defendants are currently preparing amended subpoenas to the Public Defender's Office and the CCSAO to only seek Plaintiff's records so that these may be issued in the interim. Upon Plaintiff's request, Defendants are also preparing an amended subpoena to Plaintiff's criminal defense attorneys (as well as the Public Defender's Office) to be returnable first to Plaintiff for a privilege review for the same reason.

5. Finally, the parties continue to engage in settlement conference as part of the global settlement talks before Magistrate Judge Valdez pursuant to ECF Nos. 842 and 843 in 19-cv-1717. The parties are scheduled for another settlement conference on May 20, 2025. The parties have not had any settlement discussions that are specific to this case.

Respectfully submitted,

*/s/ Gianna Gizzi*
*One of Plaintiff's Attorneys*

Jon Loevy
Arthur Loevy

Scott Rauscher
Josh Tepfer
Theresa Kleinhaus
Sean Starr
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street,
Chicago, IL 60607
p. (312) 243-5900
e. gizzi@loevy.com

/s/ Jason Marx
*One of the Attorneys for Defendant Officers*

Andrew M. Hale
Anthony E. Zecchin
Kelly M. Olivier
Jason M. Marx
Hannah Beswick-Hale
HALE & MONICO LLC
53 W Jackson Blvd., Suite 334
Chicago, IL 60604
p. (312) 341-9646
e. azecchin@halemonico.com

/s/ Eric Palles
*One of the Attorneys for Defendant Kallatt Mohammed*

Eric S. Palles
Sean Sullivan
Lisa Altukhova
MOHAN GROBLE SCOLARO, PC
55 West Monroe, Suite 1600
Chicago, IL 60603
p. (312) 422-9999
e. epalles@mohangroble.com

/s/ Paul Michalik
*One of the Attorneys for Defendants City of Chicago and Philip Cline*

Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Katherine C. Morrison
Dhaviella N. Harris
Daniel J. Burns

BURNS NOLAND LLP
311 S. Wacker Dr., Suite 5200
Chicago, IL 60606
p. (312) 982-0090
e. pmichalik@burnsnoland.com

/s/ Nelson A. Aydelotte
*One of the Attorneys for Defendant Ronald Watts*

Brian Gainer
Monica Burkoth
Lisa M. McElroy
Nelson A. Aydelotte
JOHNSON & BELL LTD.
33 West Monroe Street, Suite 2700
Chicago, IL 60603-5404
p. (312) 372-0770
e. gainerb@jbltd.com

/s/ Timothy P. Scahill
*One of the Attorneys for Defendant Calvin Ridgell, Jr.*

Steven B. Borkan
Timothy P. Scahill
BORKAN & SCAHILL, LTD.
20 S. Clark St., Suite 1700
Chicago, IL 60302
p. (312) 580-1030
f. (312) 263-0128
e. TScahill@borkanscahill.com